**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff-Appellee, ) <br> ) <br> vs. ) <br> ) <br> GALEN FISHER, ) <br> ) <br>         Defendant-Appellant. ) <br> _____) | CA 11-17065 <br><br> D.C. Nos. 2:11-cv-00739-RLH <br>            2:08-cr-00085-RLH <br> District of Nevada, <br> Las Vegas <br><br><br> **ORDER** |

     Pursuant to the order filed July 6, 2012, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HEREBY ORDERED THAT the Federal Public Defender is appointed to represent Galen Fisher for this appeal. The Federal Public Defender's address is 411 East Bonneville Avenue, Suite 250, Las Vegas, Nevada 89101 and telephone number is 702-388-6577.

     The clerk is directed to forward a copy of this order to the Clerk of the Ninth Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

     DATED this 6th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE