**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

vs.

GALEN FISHER,

                              Defendant-Appellant.

District No.  2:11-cv-00739-RLH

U.S.C.A. No.  11-17065

ORDER ON MANDATE

    The above-entitled cause having been before the United States Court of Appeals for the  Ninth Circuit,

and the Court of Appeals having on 07-12-2013 , issued its judgment AFFIRMING the judgment of the District

Court, and the Court being fully advised in the premises,  NOW, THEREFORE, IT IS ORDERED that the mandate

be spread upon the records of this Court.

Dated this _____16th_____ day of _____July_____, 2013.

Roger L. Hunt
United States District Judge